AO 91 (Rev. 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
for the
Northern District of New York

UNITED STATES OF AMERICA )
v. )
)
ISMAEL LOPEZ SANCHEZ, ) Case No. 1:25-mj-217 (DJS)
)
)
)
)
Defendant. )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of July 28, 2025, in the County of Saratoga, New York in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Ismael Lopez Sanchez, an alien, native and citizen of Guatemala, being an alien who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or her successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission to the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

Derrick Zalewski, Special Agent, HSI
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: July 28, 2025          _____
                              Judge's signature

City and State:  Albany, New York        Hon. Daniel J. Stewart, U.S. Magistrate Judge
                                          Printed name and title

I am a Special Agent with the U.S. Immigration and Customs Enforcement Office of Homeland Security Investigations (HSI) and have been since 2018. In this role, I have participated in a number of investigations involving violations of the Immigration and Nationality Act.

On July 28, 2025, Albany Immigration Customs Enforcement and Removal Operations ("ICE-ERO") officers conducted targeted surveillance at an address known to those officers on Western Avenue ("Western Avenue") in Albany, NY. An individual matching the physical characteristics of an ICE fugitive residing at the Western Avenue address was observed exiting the residence and entering a white cargo van ("vehicle") that was parked. The vehicle was surveyed by officers who initiated a vehicle stop on Route 9 in Saratoga Springs, NY. Officers approached the vehicle and identified themselves to the occupants. Ismael LOPEZ SANCHEZ was a passenger in the front seat of the vehicle. LOPEZ SANCHEZ provided his identification card from Guatemala and did not initially answer any questions, but later during the traffic stop stated that he was in the United States for approximately two years and crossed the U.S. border by himself. LOPEZ SANCHEZ was placed under arrest and transported back to the ICE-ERO office for processing. Lopez Sanchez's fingerprints were entered into IDENT and yielded a positive match for a previously removed alien and fingerprint identification number.

According to these records, LOPEZ SANCHEZ is a citizen of Guatemala and was removed from the United States pursuant to immigration proceedings in June 2024. In particular, on June 7, 2024, LOPEZ SANCHEZ was arrested by the United States Border Patrol near Santa Teresa, New Mexico. On June 8, 2024, LOPEZ SANCHEZ was ordered removed a designated official. On June 13, 2024, LOPEZ SANCHEZ was removed from the United States via ICE ERO Air Charter Operations departing from El Paso, TX.

A records check revealed that LOPEZ SANCHEZ has not obtained the express consent of

the Attorney General of the United States or her successor, the Secretary of Homeland Security, to reapply for admission to the United States. Based on the foregoing, there is probable cause to believe that on July 28, 2025, LOPEZ SANCHEZ violated 8 U.S.C. §1326(a), which prohibits aliens who have been denied admission, excluded, deported, or removed, or have departed the United States while an order of exclusion, deportation, or removal is outstanding, from entering and being found in the United States unless the Attorney General of the United States, or her successor, the Secretary of Homeland Security, has expressly consented to their reapplication for admission to the United States.

Attested to by the affiant.

_____
Derrick Zalewski
HSI Special Agent

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on July 28, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Daniel J. Stewart
United States Magistrate Judge